UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00538-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DAVID ANTHONY DURAN,

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    A supervised release violation hearing is set in the above-captioned case for **Tuesday, May 18, 2010 at 3:00 p.m.**

    Dated: April 5, 2010